OPINION — AG — 59 O.S. 1980 Supp., 45.5 [59-45.5], WHILE REQUIRING THAT ARCHITECT MEMBERS OF THE BOARD HAVE TEN(10) YEARS' EXPERIENCE IN THE APPLICATION OR STUDY OF THE PRINCIPLES OF ARCHITECTURE, DOES NOT REQUIRE THAT EXPERIENCE TO BE GAINED AFTER LICENSURE. (GOVERNORS OF LICENSED ARCHITECTS PROFESSIONS AND OCCUPATIONS) CITE: 59 O.S. 1980 Supp., 45.5 [59-45.5] (RONALD LEE JOHNSON)